UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:25-CR-268-D-RN-2

UNITED STATES OF AMERICA )
)
vs. )
) ORDER
)
CLAUDIA VARGAS GOMEZ, )
Defendant )

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 88 be sealed until such time as requested to be unsealed by Defense Counsel.

This the __15__ day of July, 2026.

The Honorable James C. Dever III
United States District Judge